✓ RETAIN

**Robert A. Gordon , U. S. BANKRUPTCY JUDGE**   Evidentiary Hrg: Y/**N**
                                                Exhibits Filed: Y/**N**

PROCEEDING MEMO - CHAPTER 7

Date: 06/17/2013 Time: 03:00

**CASE: 12-27744 Theodore Charles Williams**

Jeffrey L. Komin representing Theodore Charles Williams (Debtor)

representing Charles R. Goldstein (Trustee)

[43] Motion to Reconsider re:s38 Order (Generic).
Modified on 5/17/2013 (Hegerle, Robert).

**MOVANT** : Theodore Williams BY J Komin
DISPOSITIONS: *conditionally*
    Granted (43) Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot____ Dismissed____ Overruled____ Sustained____ O.T.J. Fee____

    Continued to: _____

DECISION:

    [ ] Signed by Court         [ ] Filed by Counsel
    [✓] To be prepared by:
        [✓] Movant's counsel    [ ] Court
        [ ] Respondent's counsel [ ] Other _____

NOTES:

— Order [38] w/ be reconsidered if D complies w/ terms of reconsideration.