**SO ORDERED**
**The hearing is scheduled for February 25, 2015 at 3:00 p.m.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Theodore Charles Williams | * | Case No. 12-27744-RAG |
| | * | Chapter 7 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER TO SHOW CAUSE WHY
### ATTORNEY SHOULD NOT BE HELD IN CONTEMPT

On April 3, 2013 this Court entered an Order that Attorney Show Cause for Failure to Appear at Hearing (OSC) (Dkt. No. 32) upon Jeffrey L. Komin's failure to appear at a reaffirmation hearing. Mr. Komin then failed to appear at the hearing on the OSC. The Court sustained the OSC and ordered Mr. Komin to pay a $1000 fine for both failures to appear. Dkt. No. 37. Mr. Komin filed a Motion to Reconsider the Sanction (Dkt. No. 40) and, at the June 17, 2013 hearing on the motion, volunteered to both pay the $1000 fine and complete ten (10) hours of *pro bono* legal services, which the Court accepted and ordered (Dkt. No. 52). Mr. Komin was ordered to certify completion of these tasks within 90 days of entry of the order granting his Motion to Reconsider as modified at hearing. Mr. Komin's deadline for certifying to this Court

1

that he had completed both tasks was November 21, 2013. However, this Court has yet to receive the required certification. In light of the foregoing, it is hereby

ORDERED, that Jeffrey L. Komin, Esquire shall show cause in writing within fourteen days of the entry of the Order why he should not be held in contempt of court; and it is further

ORDERED, that a hearing shall be held on this Order and any response on the date and time noted above in Courtroom 1B of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland.

cc:   Debtor
      Chapter 7 Trustee – Charles R. Goldstein
      U.S. Trustee

**End of Order**